No. 89–6680. RAY v. UNITED STATES SENATE ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6685. MCDONALD v. SULLIVAN. C. A. 10th Cir. Certiorari denied.

No. 89–6689. LANE v. CHISHOLM. Ct. App. Ind. Certiorari denied.

No. 89–6690. BOCHTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6696. PRATHER v. PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6701. BETANCOURT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6704. GAINES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6708. PAINTER v. BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–6718. WICKSTROM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6724. KRUSE v. KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 89–6725. JUSTICE v. CITY OF COLUMBUS ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6727. LAING v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–6729. CANNON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6733. JARAMILLO v. UNITED STATES; and
No. 89–6736. JARAMILLO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–6737. LOWE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.